Appeal from an order denying a motion to dismiss the complaint.

PER CURIAM: The moving papers show undoubted laches and neglect upon the part of the plaintiff, and are met by no affidavit on her part either excusing her delay or furnishing an allegation of merits. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

———

EMELIA ECKSTROM, Respondent, *v.* THE YELLOW TAXICAB COMPANY, Appellant.

Appeal from a judgment, entered on a verdict, and also from an order denying a motion for a new trial.

PER CURIAM: We are of opinion that the testimony of the plaintiff herself shows that she was chargeable with contributory negligence as matter of law. The judgment and order appealed from are, therefore, reversed, with costs, and the complaint dismissed, with costs.

Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Page, JJ. Judgment and order reversed, with costs, and complaint dismissed, with costs.